USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ROBERT PEREZ JIMENEZ,<br>Plaintiff,<br>-against-<br>ADAM J. WEISBLATT and DANIELLE M. GOLLINGER,<br>Defendants. | 1:26-cv-04548<br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

On May 29, 2026, Defendants Adam J. Weisblatt and Danielle M. Gollinger (the "Defendants") removed this case from the Supreme Court of the State of New York, County of Bronx. [ECF No. 1]. To date, Plaintiff Jose Robert Perez Jimenez has not appeared in this action. Accordingly, IT IS HEREBY ORDERED that, on or before November 9, 2026, the Defendants shall serve the Notice of Removal on Plaintiff and file proof of service on the docket.

**SO ORDERED.**

Mary Kay Vyskocil

**Date: October 19, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**